[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUGUST 16, 2007
THOMAS K. KAHN
CLERK

No. 06-16052
Non-Argument Calendar

_____

D. C. Docket No. 06-00118-CR-CAP-2-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CHRISTOPHER ANTHONY GREGG,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

(August 16, 2007)

Before BLACK, MARCUS and PRYOR, Circuit Judges.

PER CURIAM:

Laurence H. Margolis, appointed counsel for Christopher Anthony Gregg,

has filed a motion to withdraw on appeal supported by a brief prepared pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED** and Gregg's convictions and sentences are **AFFIRMED**.